UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    *Plaintiff*,

No. 03-cr-19-6 (Hon. Jay A. García-Gregory)

v.

JESÚS ROJAS-TAPIA,
    *Defendant.*

_____

**MOTION SUBMITTING ADDITIONAL LETTERS**

_____

In addition to Jesús Rojas's submission in support of a sentence of time served (now over 22 years), *see* 16-cv-2213-JAG, ECF No. 77, we respectfully submit two additional support letters. Supplemental Exhibit 1 is a letter from José R. González, president of J&J; Pro Energy Solutions, Inc., in Kissimmee, Florida. Mr. González has offered Mr. Rojas a job as an HVAC installer. Mr. Rojas is anticipated to begin the job within 30 days of his release.

Supplemental Exhibit 2 is from Pastor Sonia Galvez of the Misión Fuente de Vida church. Pastor Galvez's submission recognizes that Mr. Rojas has formally expressed his commitment to participate in services and spiritual activities with the church once he is released. She stresses the church's recognition of "the importance of spiritual and moral support as part of the rehabilitation and social integration process."

It is respectfully requested that this Court consider these letters together with Mr. Rojas's prior submission and the amended presentence report to impose a sentence on counts 1-2 of time served and enter an amended judgment to that effect.

**RESPECTFULLY SUBMITTED.**

**RACHEL BRILL**
Federal Public Defender

**FRANCO L. PÉREZ-REDONDO**
Assistant Federal Public Defender
Supervisor, Appeals Section

**s/KEVIN E. LERMAN\***
Assistant Federal Public Defender
USDC-PR No. 310207

**\* CERTIFICATION:** I ECF-filed this pleading on January 13, 2026, notifying the parties, including counsel for the government.